UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | |
| Plaintiff(s), | No. C-13-03538 EDL |
| v. | **ORDER FOR REASSIGNMENT** |
| DARRYL CHANEY, | |
| Defendant(s). | |

In view of the Report and Recommendation filed on August 5, 2013, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: August 5, 2013

ELIZABETH D. LAPORTE
Chief United States Magistrate Judge