UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WELLS FARGO BANK, N.A.,

    Plaintiff(s),

v.

DARRYL CHANEY,

    Defendant(s).
    _____/

No. C-13-03538 EDL

**ORDER FOR REASSIGNMENT**

In view of the Report and Recommendation filed on August 5, 2013, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: August 5, 2013

                                  ELIZABETH D. LAPORTE
                                Chief United States Magistrate Judge