IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | No. C 13-03538 SI |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO THE SUPERIOR COURT FOR ALAMEDA COUNTY** |
| v. | |
| DARRYL CHANEY, | |
| Defendant. | |

*Pro se* defendant Darryl Chaney removed this unlawful detainer action from state court and filed an application to proceed *in forma pauperis*. On August 5, 2013, Chief Magistrate Judge Laporte issued a Report and Recommendation Re: Defendant's Notice of Removal.

The Report and Recommendation finds that there is no federal jurisdiction because there are no federal claims alleged in the complaint and no basis for diversity jurisdiction. The Report and Recommendation was served on defendant by mail. No objections were filed by the August 19, 2013 deadline. This case was reassigned to the undersigned judge.

The Court GRANTS defendant's request to proceed *in forma pauperis* and concludes that removal was improper. The Protecting Tenants at Foreclosure Act ("PTFA"), cited in the Notice of Removal, does not create a federal claim or any private right of action. *See Nativi v. Deutsche Bank Nat. Trust Co.*, 2010 WL 2179885, at *3 (N.D. Cal. May 26, 2010). While the PTFA's notice requirements may create a federal defense to unlawful detainer in a state court action, *see Wells Fargo Bank v. Lapeen*, 2011 WL 2194117, at *4 (N.D. Cal. June 6, 2011), an anticipated federal defense, without more, is not sufficient to confer federal jurisdiction, *see Franchise Tax Bd. of California v. Construction Laborers Vacation Trust*, 463 U.S. 1, 10 (1983); *Valles v. Ivy Hill Corp.*, 410 F.3d 1071, 1075 (9th Cir. 2005).

Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS this case to the Superior Court for Alameda County. This Order resolves Docket Nos. 2, 4, and 7.[1]

**IT IS SO ORDERED**.

Dated: August 20, 2013

SUSAN ILLSTON
United States District Judge

---

[1] Plaintiff's motion to remand (Docket No. 7) is moot.

2